An unpublished order shall not be regarded as precedent and shall not be cited as legal authority. SCR 123.

IN THE SUPREME COURT OF THE STATE OF NEVADA

GERVIN GOMEZ,
                    Appellant,
        vs.
THE STATE OF NEVADA,
                    Respondent.

No. 67226

**FILED**

FEB 2 3 2015

TRACIE K. LINDEMAN
CLERK OF SUPREME COURT
BY _____
      DEPUTY CLERK

*ORDER DISMISSING APPEAL*

This is an appeal from an order of the district court denying appellant's "Pro Per Writ Quo-Warranto and Supporting Memorandum, in Motion to Dismiss for Lack of Subject-Matter Jurisdiction." Eighth Judicial District Court, Clark County; Kathleen E. Delaney, Judge.

Because no statute or court rule permits an appeal from such an order, we lack jurisdiction. *Castillo v. State*, 106 Nev. 349, 352, 792 P.2d 1133, 1135 (1990). Accordingly, we

ORDER this appeal DISMISSED.

_____, J.
Saitta

_____ J.
Gibbons

_____, J.
Pickering

cc:    Hon. Kathleen E. Delaney, District Judge
       Gervin Gomez
       Attorney General/Carson City
       Clark County District Attorney
       Eighth District Court Clerk

SUPREME COURT
OF
NEVADA

(O) 1947A

15-05679